ANDRES R. JUAREZ. (PRO-SE).
TDCJ # 1928551
TELFORD UNIT
3899 STATE HWY 98
NEW BOSTON, TX 75570

TO: CLERK OF CRIMINAL COURT OF APPEALS          DATE: OCTOBER 12, 2015

ABEL ACOSTA.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

COURT OF APPEALS CASE NUMBER.

1). 04-14-00372-CR.     P.D.-0818-15
TR. CT. NO. 2013-CR-0936B.

2). 04-14-00370-CR.     P.D.-0814-15
TR. CT. NO. 2013-CR-0937 B.

ON OR ABOUT THE 4th DAY OF SEPTEMBER, I ANDRES RAMON JUAREZ FILED A PETITION FOR DISCRETIONARY REVIEW TO THE CRIMINAL COURT OF APPEALS. TIME TO FILE THE PETITION HAS BEEN EXTENDED TO TUESDAY, SEPTEMBER 8, 2015. MONDAY WAS A HOLIDAY "LABOR DAY". I WOULD LIKE TO KNOW IF I WOULD BE PENALIZED FOR THE DELAY? ALSO, I WOULD LIKE TO KNOW IF THIS COURT HAS RECIVED MY PETITION? I HAVE BEEN TRANSFERED TO A DIFFERENT UNIT, HAVEN'T RECIEVED ANY LETTER FROM THIS COURT IF THE PETITION HAS BEEN RECIEVED. SO I WOULDN'T HAVE THESE TWO CASES "MANDATED" BY THIS COURT WITHIN 90 DAYS. IF THE CLERK OF THIS COURT WOULD PLEASE INFORM ME ON THESE NOTES AS SOON AS POSSIBLE, PLEASE AND THANK YOU. FOR YOUR TIME AND CONVIENIENCE. HAVE A BLESSED DAY AND SPLENDID HOLIDAYS.

PRO-SE.